**~~PROPOSED~~ ORDER/~~COVER SHEET~~**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Charles R. Breyer<br>Senior U.S. District Judge | **RE:** | Cooper, David |
| | | | |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:15-CR-00058-CRB-01 |
| **Date:** | September 28, 2015 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Katrina Chu | 415-436-7508 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[x] I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____   Presiding  District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____   September 28, 2015
**JUDICIAL OFFICER**                                                **DATE**