SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    DAVID COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DAVID COOPER,  )<br>  )<br>    Defendant.  ) | No. CR 15-0058 CRB<br><br>**STIPULATION AND [proposed]<br>ORDER TO CONTINUE<br>STATUS/CHANGE OF PLEA** |

    Mr. Cooper is presently set to appear before this Court on December 16, 2015, at 12:00 p.m. for a Status Conference or Change of Plea.  The only codefendant in this action is presently participating in the Conviction Alternative Program.

    Since the last court appearance, counsel for the parties have had detailed discussions regarding a possible resolution to the pending charges against Mr. Cooper.  Mr. Cooper needs additional time to decide whether to enter a plea or request a trial date.

    The parties request and STIPULATE to continue the December 16, 2015 hearing for Status/Change of Plea from December 16, 2015 to January 13, 2016 at 2:00 p.m. for Status/Change of Plea.

Counsel for the defendant and the government further STIPULATE that time should be excluded between those dates for effective preparation of counsel and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Furthermore, the parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: December 11, 2015            /s/
                                    Lloyd Farnham
                                    Assistant United States Attorney

DATED: December 11, 2015            /s/
                                    Scott A. Sugarman
                                    Attorney for David Cooper

IT IS SO ORDERED.

DATE:  12/15/2015

                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE